Argued and submitted September 2, judgment of the Tax Court affirmed
September 23, 1993

ECUMENICAL MINISTRIES OF OREGON,
a non-profit corporation,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
STATE OF OREGON,
*Respondent.*

(OTC 3103; SC S39753)

858 P2d 449

James T. Massey, Sisters, filed the briefs and argued the cause for appellant.

Ted E. Barbera, Assistant Attorney General, Salem, filed the brief and argued the cause for respondent. With him on the brief was Theodore R. Kulongoski, Attorney General, Salem.

PER CURIAM

## PER CURIAM

In this direct appeal from a judgment of the Tax Court, the taxpayer challenges that court's affirmance of a property tax assessment on certain of taxpayer's real property. *Ecumenical Ministries v. Dept. of Rev.*, 12 OTR 302 (1992). Taxpayer makes three assignments of error, all of which we have considered and found not to be well taken. A detailed discussion of them would not benefit bench or bar.[1]

The judgment of the Tax Court is affirmed.

---

[1] In this and in future cases on direct appeal from the Tax Court, where a detailed discussion of the issues involved would not benefit bench or bar, we shall issue brief opinions in a style like that of the present opinion. *See Jones v. Dept. of Rev.*, 315 Or 497, 847 P2d 407 (1993) (disposing of case from the Tax Court in similar manner).